Order entered October /9 , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01154-CR
No. 05-12-01155-CR
No. 05-12-01156-CR
No. 05-12-01157-CR

**ELISHA ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-21019-T, F11-21020-T, F11-21021-T, F11-21022-T**

## ORDER

The Court **REINSTATES** the appeals.

On October 12, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We received the reporter's record on October 17, 2012. Therefore, we **VACATE** the October 12, 2012 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE